## PLUMMER v. HENDERSON STORAGE CO.

No. 242P95

Case below: 118 N.C.App. 727

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

## STATE v. BURWELL

No. 238P95

Case below: 118 N.C.App. 736

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

## STATE v. CRAWFORD

No. 234P95

Case below: 118 N.C.App. 338

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

## STATE v. DELLINGER

No. 215PA95

Case below: 118 N.C.App. 529

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 27 July 1995.

## STATE v. FUNDERBURK

No. 225P95

Case below: 118 N.C.App. 736

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.